IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVE MUNSON,

        Plaintiff,

        v.

WELLS FARGO BANK,

        Defendant.

_____

Case No. 6:18-cv-00650-MC

OPINION AND ORDER

MCSHANE, Judge:

      Defendant Wells Fargo Bank moves to strike Plaintiff Steve Munson's Second Amended Complaint for failure to comply with Rule 15. Def.'s Mot. to Strike, ECF No. 16. Plaintiff has not filed a response, and the time to do so has passed.

      This Court previously dismissed Plaintiff's claim for violation of OAR 137-110 with prejudice. The remaining fraud claims were dismissed without prejudice. Op. and Order 6–7, ECF No. 7. Plaintiff was granted the opportunity to amend his complaint and re-state his fraud claims with specificity. Plaintiff filed a First Amended Complaint on August 10, 2018, ECF No. 13, and a Second Amended Complaint on August 13, 2018, ECF No. 14.

      Because Plaintiff did not obtain leave to file a Second Amended Complaint, this court GRANTS Defendant's Motion to Strike.

IT IS SO ORDERED.

DATED this 11th day of December, 2018.


    s/Michael J. McShane            
Michael J. McShane
United States District Judge